| | |
|---|---|
| 1 | LINDBERGH PORTER, Bar No. 100091 |
| 2 | KAI-CHING CHA, Bar No. 218738<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>650 California Street |
| 4 | 20th Floor<br>San Francisco, CA 94108.2693 |
| 5 | Telephone: 415.433.1940 |
| 6 | Attorneys for Defendants<br>THE DOCTORS MANAGEMENT COMPANY, |
| 7 | INC. and THE DOCTORS COMPANY<br>INSURANCE SERVICES, LLC, dba THE |
| 8 | DOCTORS COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE DOCTORS MANAGEMENT COMPANY, INC., and THE DOCTORS COMPANY INSURANCE SERVICES, LLC., dba THE DOCTORS COMPANY,<br><br>Defendants. | Case No. CV 10 4411 JSW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>**[Civ. L.R. 6-1, 7-11.]**<br><br>CMC Date: February 25, 2011<br>Time: 1:30 p.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 11, 19th Floor<br>Complaint Filed: September 30, 2010 |

STIPULATED REQUEST AND [PROPOSED]
ORDER CONTINUING CMC

(No. CV 10 4411 JSW)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION**

WHEREAS, a case management conference is currently scheduled in this case for February 25, 2011, at 1:30 p.m.; and

WHEREAS, the Court has ordered that "**The parties shall appear in person through lead counsel** to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." (Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, dated December 16, 2010, Document Number 7, pp. 1, line 25.)(emphasis added);

WHEREAS, the Lindbergh Porter, lead counsel for Defendants The Doctors Management Company, Inc., The Doctors Company Insurance Services, LLC. and The Doctors Company, will be out of the country attending an American Bar Association conference on Friday, February 25, 2011, and may be scheduled to appear in federal district court in Houston, Texas on that same day;

WHEREAS, the parties' deadline for Rule 26(a)(1) Initial Disclosures was originally February 17, 2011; and

WHEREAS, this case was only recently assigned to EEOC counsel Linda S. Ordonio-Dixon, who has only recently returned from a one-month long leave of absence;

WHEREFORE, THE PARTIES HAVE NOW HEREBY STIPULATED AND AGREED that:

The initial case management conference scheduled for February 25, 2011 will be continued to a date on or after Friday, April 1, 2011 at 1:30 p.m.:

1. The parties shall file a joint case management statement no later than March 24, 2011, which is five (5) court days prior to the rescheduled initial case management conference; and

2. The deadline for the parties' Initial Disclosures will be continued to March 24, 2011, which is five (5) court days prior to the rescheduled initial case management conference.

///

STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CMC    2.    (NO. CV 10 4411 JSW)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

IT IS SO STIPULATED.

Dated: February 15, 2011               /s/ Lindbergh Porter
                                       LINDBERGH PORTER
                                       LITTLER MENDELSON
                                       A Professional Corporation
                                       Attorneys for Defendants
                                       THE DOCTORS MANAGEMENT
                                       COMPANY, INC. and THE DOCTORS
                                       COMPANY INSURANCE SERVICES, LLC,
                                       dba THE DOCTORS COMPANY

Dated: February 15, 2011               /s/ Linda S. Ordonio-Dixon
                                       LINDA S. ORDONIO-DIXON
                                       EQUAL EMPLOYMENT OPPORTUNITY
                                       COMMISSION
                                       Attorneys for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation and for good cause appearing, the Court hereby orders the following:

1. The initial case management conference scheduled for February 25, 2011, is continued to Friday, April 1, 2011 at 1:30 p.m.;

2. The parties shall file a joint case management statement no later than March 24, 2011, which is five (5) court days prior to the rescheduled initial case management conference; and

3. The deadline for the parties' Initial Disclosures will be continued to March 24, 2011, which is five (5) court days prior to the rescheduled initial case management conference.

IT IS SO ORDERED.

Dated: February 15, 2011               _____
                                       HON. JEFFREY S. WHITE
                                       United States District Court Judge

FIRMWIDE:100160424.1 013995.1055

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED]
ORDER CONTINUING CMC                  3.                    (NO. CV 10 4411 JSW)