```
1  WILLIAM R. TAMAYO, #084965
   JONATHAN T. PECK, #12303 (VA)
2  LINDA ORDONIO DIXON #172830
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5654
5
   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>THE DOCTORS MANAGEMENT COMPANY, INC., and THE DOCTORS COMPANY INSURANCE SERVICES, L.L.C., dba THE DOCTORS COMPANY,<br><br>Defendant. | CIVIL ACTION NO. CV-10-4411 JSW<br><br>STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE AMENDED COMPLAINT |

Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant The Doctors Management Company, Inc. *et.al.* submit this stipulation to request leave for the EEOC to amend the Complaint in this action.

The amendment of the Complaint is needed in order to correctly name the Defendant in this action. At present, Defendant has been identified as "The Doctors Management Company, Inc., and The Doctors Company Insurance Services, L.L.C. d.b.a. The Doctors Company." This motion seeks to allow the EEOC leave to amend the complaint to identify Defendant as solely "The Doctors Company." A copy of the proposed Complaint is attached as Exhibit A. Defendant does not oppose this amendment of the Complaint.

to docket no. 26.

//

**STIP &[PROPOSED]**
**ORDER TO AMEND**
**CV-10-441 JSW**

Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its pleading…with the opposing party's written consent" or leave of Court. The rule further provides that "[t]he Court should freely give leave when justice so requires." *Id.* Here, the proposed amendment is agreed to by all parties and is requested in order to correctly name the Defendant in this lawsuit. In view of the foregoing, the parties respectfully request that the Court grant Plaintiff EEOC leave to amend the Complaint, allow the EEOC to file the its Amended Complaint within three days of entry of this Order and to allow Defendant ten days from the filing of the Amended Complaint to file an Amended Answer.

Respectfully submitted,

Dated: July 14, 2011

//s// Linda Ordonio-Dixon
LINDA ORDONIO-DIXON

U. S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260

//s// Lindbergh Porter
LINDBERGH PORTER

LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108-2693

**IT IS SO ORDERED.**

Dated: July 15, 2011

_____
HON. JEFFERY S. WHITE
United States District Court Judge

**STIP &[PROPOSED]
ORDER TO AMEND
CV-10-441 JSW**

2.