**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

  v.

THE DOCTORS MANAGEMENT COMPANY,

    Defendant.

_____/

No. C 10-04411 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

The Court has received the Certification of the ADR Session in this case, which states that the matter has settled. The Court HEREBY ORDERS the parties to submit a joint status report by no later than September 16, 2011, setting forth the status of settlement and when they expect to file a dismissal.

**IT IS SO ORDERED.**

Dated: August 24, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE